Judge Franklin D. Burgess

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,       )
                                )       NO.   CR 04-5194FDB
            Plaintiff,           )
                                )
      v.                         )       ORDER
                                )
TINA FERGUSON,                   )
                                )
            Defendant.           )
_____)

      The Government's Motion to dismiss without prejudice the indictment against TINA

FERGUSON is hereby GRANTED and the Warrant is herein quashed.

      Dated:  this 16th day of August, 2006.


                        FRANKLIN D. BURGESS
                        UNITED STATES DISTRICT JUDGE

Presented by:

/s/Kelly L. Harris
Kelly L. Harris
Assistant United States Attorney


[PROPOSED] ORDER
FERGUSON/CR 04-5194FDB